UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BALDIOSERA TORRES, | No. 2:24-cv-2416 DJC AC (PS) |
| Plaintiff, | |
| v. | ORDER |
| THE PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On October 17, 2024 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 3. Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1. The findings and recommendations filed October 17, 2024, are adopted in full; and

2. The complaint (ECF No. 1) is DISMISSED because it fails to state a claim upon which relief can be granted and because it brings claims against immune defendants.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **December 27, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE